**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

DAMETA MONIQUE BELL                     CIVIL ACTION NO. 25-627-P

VERSUS                                  JUDGE S. MAURICE HICKS, JR.

DONALD HATHAWAY, JR., ET AL.            MAGISTRATE JUDGE HORNSBY

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Petitioner and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Petitioner's application for writ of <u>habeas</u> <u>corpus</u> is **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, on this 13th day of August, 2025.

_____
**S. MAURICE HICKS, JR.**
**UNITED STATES DISTRICT JUDGE**